IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH SHERMAN,

        Petitioner,                  No. CIV S-06-0016 GEB DAD P

    vs.

YOLO COUNTY SHERIFF, et al.,

        Respondents.             ORDER

_____/

        Petitioner, a former inmate at Yolo County Detention Center, is proceeding pro se and has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On April 4, 2006, petitioner filed a notice of a change of address and it appears that petitioner is no longer incarcerated. Petitioner will be provided the opportunity to either submit a new in forma pauperis affidavit or to pay the required filing fee ($5.00). See 28 U.S.C. §§ 1914(a); 1915(a).

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in the dismissal of this action; and

/////

/////

1

2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form for a non-prisoner which is used by this district.

DATED: May 3, 2006.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
sher0016.101