IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH SHERMAN,

    Petitioner,                 No. CIV S-06-0016 GEB DAD P

    vs.

YOLO COUNTY SHERIFF, et al.,

    Respondents.            <u>ORDER</u>

/

           Petitioner is a state prisoner proceeding pro se with this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On March 2, 2009, petitioner filed a "motion for decision for justice," in which he requests that this court issue a decision on his habeas petition. Petitioner is advised that this court has approximately twenty-four habeas petitions that have been submitted for decision longer than the instant petition. All of these petitions will be considered as quickly as possible but in order of submission. Petitioner has failed to demonstrate good cause for this court to address the merits of his habeas petition before other petitions that have been under submission for a longer period of time.

/////

/////

////

1

1    Accordingly, IT IS HEREBY ORDERED that petitioner's motion for an
2 immediate decision in his habeas action is denied.
3 DATED: March 16, 2009.

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:8:sherman16.o